IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:15-cv-2669-T-30TGW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RALPH JAMES PLATT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JUDGMENT

Pursuant to the parties' Stipulation for Entry of Judgment (Dkt. #15) and Fed. R. Civ. P. 58, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.   Judgment is entered in favor of the United States and against defendant Ralph James Platt in the amount of $14,924.01 for his unpaid Trust Fund Recovery Penalties for the tax periods ending September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, September 30, 2011, December 31, 2011 and March 31, 2012, plus interest from November 6, 2015 that continues to accrue pursuant to 26 U.S.C. §§ 6621 and 6622.

2.   Each party shall bear its own costs and attorney's fees with respect to this action.

3.   The Clerk is directed to terminate any pending motions and close this case.

DONE AND ORDERED at Tampa, Florida on this 15th day of December, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record